# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GORDON APPLETON,

    Plaintiff,

v.                                           Case No.  8:10-cv-1730-T-30TGW

CHRISTIAN CONTRACTORS
ASSOCIATION, INC., et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #13) and Plaintiff's Response to this Court's Request (Dkt. #14).  Upon review and consideration, and the Court hereby approving the payment of $3,500.00 for attorney's fees and costs to Plaintiff in this Fair Labor Standards Act case, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 29, 2010.

                                                     JAMES S. MOODY, JR.
                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1730.dismiss 14.wpd